## 54844. SHIPP v. WORLD AUTOMOTIVE, INC.

DEEN, Presiding Judge.

An order denying a motion for summary judgment is not appealable where the procedure set forth in Code § 7-201 (a) 2 is not followed. Code § 81A-156 (h); *Bank of Commerce v. Williams,* 138 Ga. App. 666 (227 SE2d 95).

*Appeal dismissed. Webb and Birdsong, JJ., concur.*

SUBMITTED NOVEMBER 3, 1977 — DECIDED NOVEMBER 17, 1977.

*Robert J. Evans,* for appellant.

*Harold N. Wollstein,* for appellee.